# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

SHANNON MONTGOMERY                                                          PLAINTIFF


v.                                    NO. 3:16-cv-00043 PSH


CARLOLYN W. COLVIN, Acting Commissioner                       DEFENDANT
of the Social Security Administration


<u>ORDER</u>


Plaintiff Shannon Montgomery ("Montgomery") has filed the pending motion to substitute counsel of record. <u>See</u> Document 12. For good cause shown, the motion is granted. The Clerk of the Court is ordered to strike the name of Anthony W. Bartels as the attorney of record for Montgomery. The Clerk of the Court shall enter the name of Stephanie Bartels Wallace as the new attorney of record for Montgomery.

IT IS SO ORDERED this 15th day of June, 2016.


_____
UNITED STATES MAGISTRATE JUDGE